**Junious Lee RHUE, Jr., Petitioner–
Appellant,**

v.

**Thomas R. CARROLL, Respondent–
Appellee.**

No. 06–7595.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 31, 2007.

Decided: June 15, 2007.

Junious Lee Rhue, Jr., Appellant Pro
Se. Clarence Joe DelForge, III, North
Carolina Department of Justice, Raleigh,
North Carolina, for Appellee.

Before MOTZ, KING, and GREGORY,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Junious Lee Rhue, Jr., seeks to appeal
the district court's order and judgment
denying as untimely his 28 U.S.C. § 2254
(2000) petition and requests the appoint-
ment of counsel on appeal. The order is
not appealable unless a circuit justice or
judge issues a certificate of appealability.
28 U.S.C. § 2253(c)(1) (2000). A certifi-
cate of appealability will not issue absent
"a substantial showing of the denial of a
constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that any assess-
ment of the constitutional claims by the
district court is debatable or wrong and
that any dispositive procedural ruling by
the district court is likewise debatable.
*Miller–El v. Cockrell,* 537 U.S. 322, 336–
38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003);
*Slack v. McDaniel,* 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose
v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001).
We have independently reviewed the rec-
ord and conclude Rhue has not made the
requisite showing. Accordingly, we deny a
certificate of appealability, deny the mo-
tion to appoint counsel and dismiss. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*